BORGWARNER, INC.,
Plaintiff–Appellee,

v.

DORMAN PRODUCTS, INC.,
Defendant–Appellant.

No. 2010–1146.

United States Court of Appeals,
Federal Circuit.

Feb. 11, 2011.

Steven W. Hays, Grosse Pointe Woods,
MI, for Plaintiff–Appellee.

Anthony S. Volpe, Ryan W. O'Donnell,
Volpe and Koenig, P.C., Philadelphia, PA,
for Defendant–Appellant.

**ORDER**

The parties having so agreed, it is

ORDERED that the proceeding is DISMISSED under Fed. R.App. P. 42(b).